1
2
3

# JS-6

4

NOTE: CHANGES MADE BY THE COURT

5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

9
10
11
12

HENRY NELSON, individually and
on behalf of all others similarly
situated,

Case No.  8:16-cv-01109-AG-DFM

13

Plaintiffs,

14

vs.

**ORDER RE:  FILING OF FIRST
AMENDED COMPLAINT AND
REMAND**

15
16
17
18
19

QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC., QUEST
DIAGNOSTICS INCORPORATED,
QUEST DIAGNOSTICS NICHOLS
INSTITUTE, QUEST
DIAGNOSTICS DOMESTIC
HOLDER LLC; and DOES 1
through 20, inclusive,

20

Defendants.

21
22
23
24
25
26
27
28

---

**ORDER RE:  FILING OF FIRST AMENDED COMPLAINT AND REMAND**

1    Having considered the Stipulation re Filing of First Amended Complaint and

2    Remand of Action to State Court, and good cause appearing therefor, it is hereby

3    ordered that 1) Plaintiff's may electronically file the First Amended Complaint, and 2)

4    this case shall be remanded to the Orange County Superior Court.

5

6

7

8    DATED: January 11, 2017    _____

9                                Hon. Andrew J. Guilford
                                 Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE:  FILING OF FIRST AMENDED COMPLAINT AND REMAND